| | | | |
|---|---|---|---|
| State v. Carney | 2016AP000175 CR through | | |
| | 2016AP000176 | 09–21–2016 | Affirmed |
| Ray v. Town of Kinn-ickinnic† | 2016AP000186 | 09–20–2016 | Affirmed |
| State v. Zinda | 2016AP000455 CR | 09–07–2016 | Affirmed |
| State v. Valenti† | 2016AP000662 | 09–07–2016 | Affirmed |
| R. J. M. v. M. R. H. | 2016AP001307 | 09–22–2016 | Affirmed |
| Dane County DHS v. C. N.† | 2016AP001472 through | | |
| | 2016AP001473 | 09–29–2016 | Affirmed and remanded |

† Petition to review filed.